UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD T. CARLSON,

    Plaintiff,

  v.

LABOR READY, INC.,

    Defendant.

Case No. C06-5024FDB

ORDER OF DISMISSAL

The Court ordered Plaintiff to show cause in writing why there has been no response to the Court's orders in this case and why this cause of action should not be dismissed. Plaintiff responds that he is not able to pursue prosecution at this time, being under some sort of restraint that will not be released until April 25, 2007, and he asks that we hold proceedings in abeyance pending his release. The Court is not inclined to stay this case until spring of next year. ACCORDINGLY,

IT IS ORDERED: This cause of action is DISMISSED.

DATED this 18th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1